```
MICHAEL F. HARDIMAN, SBN 104508
HARDIMAN & CARROLL
180 Grand Avenue, Suite 420
Oakland, California 94612
Tel:  (415) 248-3930
Fax:  (415) 248-3933
email: mhardiman@sflawfirm.com

Attorneys for Plaintiff
FINANCIAL INDEMNITY COMPANY
```

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FINANCIAL INDEMNITY COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JENNIFER HAMILTON and CU THI TIKALSKY,<br><br>　　　　Defendants. | CASE NO. 4:13-cv-03454-KAW<br><br>**ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |

IT IS HEREBY ORDERED that the Initial Case Management Conference is rescheduled and the ADR deadlines are continued as follows:

　　1) The Initial Case Management Conference is now scheduled for December 10, 2013 at 1:30 p.m.;

　　2) The Last day to meet and confer re: disclosures, early settlement, ADR process selection and discovery plan is November 26, 2013;

　　3) The last day to file ADR certification signed by Parties and Counsel is November 26, 2013;

　　4) The last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference is November 26, 2013;

1

**ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
g:\kawall\1civil\13-03454 financial indemnity v. hamilton\13-03454 financial indemnity co.order.cmc.adr.deadlines.draft.10.01.2013.docx

   5) The last day to file Rule 26(f) Report, complete initial disclosures or state objections to Rule 26(f) Report and file a Joint Case Management Statement is December 3, 2013.

Plaintiff shall serve a copy of this order on defendants.

IT IS SO ORDERED.

DATED: October 3, 2013

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge