1 MICHAEL F. HARDIMAN, SBN 104508
HARDIMAN & CARROLL
2 180 Grand Avenue, Suite 420
Oakland, California 94612
3 Tel:  (415) 248-3930
Fax:  (415) 248-3933
4 email: mhardiman@sflawfirm.com

5
Attorneys for Plaintiff
6 FINANCIAL INDEMNITY COMPANY

7                    **IN THE UNITED STATES DISTRICT COURT**

8               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9

10 FINANCIAL INDEMNITY COMPANY,   ) CASE NO. 4:13-cv-03454-KAW
                                  )
11          Plaintiff,            ) **ORDER RESCHEDULING INITIAL CASE**
                                  ) **MANAGEMENT CONFERENCE AND ADR**
12     v.                         ) **DEADLINES**
                                  )
13 JENNIFER HAMILTON and CU THI   )
   TIKALSKY,                      )
                                  )
14          Defendants.           )
                                  )
15 ────────────────────────────────)

16      IT IS HEREBY ORDERED that the Initial Case Management

17 Conference is rescheduled and the ADR deadlines are continued as

18 follows:

19          1) The Initial Case Management Conference is now

20             scheduled for December 10, 2013 at 1:30 p.m.;

21          2) The Last day to meet and confer re: disclosures, early

22             settlement, ADR process selection and discovery plan

23             is November 26, 2013;

24          3) The last day to file ADR certification signed by

25             Parties and Counsel is November 26, 2013;

26          4) The last day to file either Stipulation to ADR Process

27             or Notice of Need for ADR Phone Conference is November

28             26, 2013;

  **ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
g:\kawall\1civil\13-03454 financial indemnity v. hamilton\13-03454 financial indemnity
co.order.cmc.adr.deadlines.draft.10.01.2013.docx

Hardiman & Carroll
180 Grand Avenue, Suite 420
Oakland, CA 94612
Tel: (415) 248-3930 Fax: (415) 248-3933

1    5) The last day to file Rule 26(f) Report, complete

2        initial disclosures or state objections to Rule 26(f)

3        Report and file a Joint Case Management Statement is

4        December 3, 2013.

5

6    Plaintiff shall serve a copy of this order on defendants.

7    IT IS SO ORDERED.

8

9  DATED: October 3, 2013

10                                   KANDIS A. WESTMORE
                                     United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**

**ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
g:\kawall\1civil\13-03454 financial indemnity v. hamilton\13-03454 financial indemnity
co.order.cmc.adr.deadlines.draft.10.01.2013.docx