MICHAEL F. HARDIMAN, SBN 104508
HARDIMAN & CARROLL
180 Grand Avenue, Suite 420
Oakland, California 94612
Tel:  (415) 248-3930
Fax:  (415) 248-3933
email: mhardiman@sflawfirm.com

Attorneys for Plaintiff
FINANCIAL INDEMNITY COMPANY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FINANCIAL INDEMNITY COMPANY, | CASE NO. 4:13-cv-03454-KAW |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| JENNIFER HAMILTON and CU THI TIKALSKY, | |
| Defendants. | |

*IT IS SO ORDERED*
*Kandis Westmore*
*Judge Kandis Westmore*

IT IS HEREBY STIPULATED by and between the parties to this action, through designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: May 9, 2014                  */s/Michael F. Hardiman*
                                     MICHAEL F. HARDIMAN
                                     Attorneys for Plaintiff
                                     FINANCIAL INDEMNITY COMPANY


DATED: May 9, 2014                  */s/ Demián Oksenendler*
                                     DEMIÁN OKSENENDLER
                                     Attorneys for Defendant
                                     CU THI TIKALSKY

**1**
**STIPULATION OF DISMISSAL**

m:\s2355\2355.031\fic v. hamilton, et al\pl25.stip.dismissal.docx